UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **KOREY A. ALWOOD,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**STEUBEN COUNTY SHERIFF** )<br>**DEPARTMENT,** *et al.*, )<br>)<br>Defendants. ) | CAUSE NO. 3:05-CV-033 AS |

*OPINION AND ORDER*

Craig Skeens, by counsel, filed a motion to enlarge the time to respond to discovery. The motion lists seven unanswered discovery requests (docket ## 44, 45, 48, 49, 50, 52, and 53) and one answered discovery request (docket # 38 with response docket # 41). It is unnecessary to enlarge the time to respond to a discovery request which has already been answered, therefore as to that request (docket # 38) the motion (docket # 56) is **DENIED**. As to the outstanding discovery requests (docket ## 44, 45, 48, 49, 50, 52, and 53), the motion (docket # 56) is **GRANTED** and the deadline for responding is **ENLARGED** to and including **September 12, 2005**.

Also pending are two motions to compel discovery filed by the *pro se* prisoner plaintiff, Korey A. Alwood. Now that the deadline for responding to that discovery has been enlarged, the motions to compel (docket ## 54 and 55) are **DENIED AS MOOT**.

Defense counsel is **REMINDED** that that N.D. IND. L.R. 26.2(e) requires that all discovery in *pro se* cases be filed with the court and that, pursuant to this court's order of March 9, 2005 (docket # 23), "the plaintiff [has been] permitted to proceed in this litigation solely under his incarceration name 'Korey A. Alwood'", therefore the defendant's certificate of service and any other references to the plaintiff should exclusively use that name.

**SO ORDERED.**

**Dated this 2nd Day of August, 2005.**

> **s/Christopher A. Nuechterlein**
> **Christopher A. Nuechterlein**
> **United States Magistrate Judge**