UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **KOREY A. ALWOOD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CAUSE NO.  3:05-CV-033 AS** |
| v. ) | |
| ) | |
| **STEUBEN COUNTY SHERIFF** ) | |
| **DEPARTMENT,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

*OPINION AND ORDER*

Korey A. Alwood, a *pro se* prisoner, seeks to compel a response to two discovery requests (docket ## 52 and 53). The deadline for responding to those was enlarged to and including September 12, 2005, therefore the motion to compel (docket # 60) is **DENIED AS MOOT**. Additionally, Mr. Alwood filed a motion for clarification (docket # 62) asking when discovery must be completed. Mr. Alwood notes that this court's scheduling order only set a deadline for initiating discovery.[1] The deadline for completing discovery is established by the Federal Rules of Civil Procedure. **SO ORDERED.**

**Dated this 11th Day of August, 2005.**

s/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge

---

[1] In most cases, it is the usual practice of this court to establish a deadline for completing, rather than for initiating, discovery. Attorneys are aware that they must initiate discovery sufficiently prior to the deadline so that opposing counsel is allotted the time required by the Federal Rules of Civil Procedure for the response. In *pro se* prisoner cases, the court simplifies this process by establishing a date for initiating discovery thereby avoiding the need for inmates (or defense counsel in these cases) to back calculate the last date on which they can send a discovery request.