### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

| | |
|---|---|
| **KOREY A. ALWOOD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CAUSE NO.  3:05-CV-033 AS** |
| **v.** ) | |
| ) | |
| **STEUBEN COUNTY SHERIFF** ) | |
| **DEPARTMENT,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

### *OPINION AND ORDER*

The defendant, by counsel, filed a motion to take the deposition of Korey A.

Alwood, IDOC # 943771, a prisoner confined at the Wabash Valley Correctional

Facility. The defendant states that he has coordinated the date of the deposition

(September 15, 2005) with the prison.

Pursuant to FED. R. CIV. P. 30(a)(2), the motion (docket # 69) is **GRANTED**

and the clerk is **DIRECTED** to mail a copy of this order to the Litigation Liaison

at the Wabash Valley Correctional Facility.

**SO ORDERED.**

**Dated this 14th Day of September, 2005.**

　　　　　　　　　　　　　　**s/Christopher A. Nuechterlein**
　　　　　　　　　　　　　　**Christopher A. Nuechterlein**
　　　　　　　　　　　　　　**United States Magistrate Judge**